Leonard J. Mark
State Bar No. 001896
J. Daryl Dorsey
State Bar No. 024237

TB TIFFANY & BOSCO
P.A.

THIRD FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016-4237
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0103
*Attorneys for Kirsten L. Weiss*

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ERIC WEISS,<br><br>Debtor. | Case No. 2:10-bk-27248-SSC<br><br>Chapter 13 Proceedings<br><br>**AMENDED[1] NOTICE OF FILING MOTION FOR RELIEF FROM AUTOMATIC STAY** |

Kirsten L. Weiss ("Ms. Weiss"), by and through her undersigned counsel, hereby gives notice of filing her *Motion For Relief From Automatic Stay*. The Motion requests an Order granting relief from the automatic stay so that Ms. Weiss can continue prosecuting her Petition for Dissolution of Marriage against Debtor Eric Weiss ("Debtor") currently pending in the Superior Court of the State of Arizona, In and For the County of Maricopa (Case No. FC 2009-006649).

A copy of the Motion is on file with the Office of the Clerk of the United States Bankruptcy Court at the address shown below and is available for public inspection during business hours.

---

[1] Amended to correct assigned bankruptcy judge.

-1-

452696/16456-001

Any and all objections to the Motion must be made in writing, with the original thereof filed under the above case caption, to:

> Office of the Clerk
> United States Bankruptcy Court
> 230 North First Avenue
> Phoenix, Arizona 85003

with a copy of the written objection served that same day upon the attorneys for Kirsten L. Weiss whose names and address are:

> Leonard J. Mark
> J. Daryl Dorsey
> Tiffany & Bosco, P.A.
> Third Floor Camelback Esplanade II
> 2525 East Camelback Road
> Phoenix, Arizona 85016-4237

If no objections are properly filed and served within **14 days** from the date of this Notice, the Court may enter its Order granting the relief sought in the Motion without any further hearings in this matter. Movant's proposed form of Order is attached hereto as **Exhibit "1".**

**RESPECTFULLY SUBMITTED** this 16th day of November, 2010.

> TIFFANY & BOSCO, P.A.
>
> By: /s/ J. Daryl Dorsey # 024237
> Leonard J. Mark
> J. Daryl Dorsey
> Third Floor Camelback Esplanade II
> 2525 East Camelback Road
> Phoenix, Arizona 85016-4237
> *Attorneys for Kirsten L. Weiss*

**FOREGOING** filed electronically with
the United States Bankruptcy Court,
District of Arizona, this 16th day of November,

452696/16456-001

2010, with a COPY of the foregoing mailed on the next business day to:

Eric Weiss
40721 N. Territory Trail
Anthem, AZ 85086
*Debtor*

Craighton T. Boates
Boates Law Firm, PLLC
42104 N. Venture Dr.
Suite D126
Anthem, AZ 85086
*Attorney for the Debtor*

Russell Brown
Suite 800
3838 North Central Avenue
Phoenix, AZ 85012-1965
*Chapter 13 Trustee*

Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003
*U.S. Trustee*

/s/ Erica Meany

-3-

452696/16456-001

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ERIC WEISS,<br><br>Debtor. | Case No. 2:10-bk-27248-SSC<br><br>Chapter 13 Proceedings<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY OF 11 U.S.C. § 362(a)** |

The Court having reviewed the *Motion for Relief from Automatic Stay of 11 U.S.C. § 362(a)* filed by Kirsten L. Weiss ("Movant"), and the Motion having been properly served and noticed by serving the *Notice of Filing Motion for Relief From Automatic Stay of 11 U.S.C. § 362(a)*, which incorporated a 14-day bar date notice for the Motion, no party in interest having objected to such relief, and good cause appearing;

**IT IS HEREBY ORDERED** granting the Motion;

**IT IS FURTHER ORDERED** that all stays and injunctions, including the automatic stay imposed by U.S. Bankruptcy Code § 362(a) are hereby immediately vacated and annulled to allow Movant to continue prosecution of her Petition for

-4-

452696/16456-001

Dissolution of Marriage against Debtor Eric Weiss ("Debtor") currently pending in the Superior Court of the State of Arizona, In and For the County of Maricopa (Case No. FC 2009-006649).

**IT IS FURTHER ORDERED** that Movant and/or her successors or assigns are hereby authorized to take whatever actions Movant deems appropriate to exercise any and all rights and remedies as to the relief sought in the Motion.

**IT IS FURTHER ORDERED** that this Order vacating and annulling the automatic stay imposed by U.S. Bankruptcy Code § 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

**IT IS FURTHER ORDERED** waiving the 14-day stay provided by Rule 4001(a)(3), Fed.R.Bankr.P.

**DATED AND SIGNED ABOVE.**

452696/16456-001